O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5820 AHM (VBKx) | Date | September 9, 2008 |
|---|---|---|---|
| Title | THE BANK OF NEW YORK FOR THE BENEFIT OF THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4-MORTGAGE PASS THROUGH CERTIFICATE SERIES 2007-HY4, *et al.* v. ELI CONSTANTIN, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On March 3, 2008 Plaintiffs filed this action in Los Angeles County Superior Court against Eli Constantin and Does 1 through X. On September 5, 2008, an individual named "Kevin El," apparently acting *pro se*, purported to remove this action to this Court. The one-page Notice of Removal is incomprehensible. It does not establish the basis for removal jurisdiction or the standing of "Kevin El" to seek removal. Therefore, the Court ORDERS the named Defendant (Eli Constantin) to SHOW CAUSE in writing why this action should not be remanded for lack of jurisdiction. The written response shall be filed by not later than September 17, 2008. If it is not, this case will be remanded.

_____ : _____

Initials of Preparer      SMO