O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LASC, West District, Case No.: 08U00802

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-5820 AHM (VBKx) | Date | September 23, 2008 |
|---|---|---|---|
| Title | THE BANK OF NEW YORK FOR THE BENEFIT OF THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4-MORTGAGE PASS THROUGH CERTIFICATE SERIES 2007-HY4, *et al.* v. ELI CONSTANTIN, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On March 3, 2008 Plaintiffs filed a Complaint for Unlawful Detainer in Los Angeles County Superior Court against Eli Costantin and Does 1 through X. The complaint refers to a piece of real property that Defendants allegedly refused to vacate. On September 5, 2008, an individual named "Kevin El," apparently acting *pro se*, purported to remove this action to this Court. On September 9, 2008, the Court ordered Defendant Eli Constantin to show cause why this action should not be remanded, because the Notice of Removal did not establish the basis for removal jurisdiction or the standing of "Kevin-el," who filed the Notice of Removal, to seek removal. On September 12, 2008, Kevin-el filed a "Notice to Show Cause," which appears to be a response to the Court's order. In this response, Kevin-el addresses his standing to seek removal, but does not address the issue of federal subject matter jurisdiction. Given the obvious absence of subject matter jurisdiction, the Court REMANDS this action to the Superior Court.

|  |  : |
|---|---|
| Initials of Preparer | SMO |

**Make JS-6**